UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JALINSKI ADVISORY GROUP, INC.

    Plaintiff/Counter-Defendant,

v.

FORTE MANAGEMENT, LLC,

    Defendant/Counter-Plaintiff.

Case No. 1:18-cv-00024-PKC

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by, between, and among Plaintiff Jalinski Advisory Group, Inc., on the one hand, and Defendant Forte Management, LLC, (together, the "Parties") on the other, that a consensual settlement having been reached as to the above-captioned matter, the Parties hereby dismiss with prejudice all Claims and Counterclaims brought therein, including Plaintiff's Complaint, dated January 2, 2018 and Defendant's Counterclaims, dated March 30, 2018 with each side bearing its own costs and attorneys' fees.

Dated: New York, New York
October 18, 2018

**BARTON LLP**

By: _____
Maurice N. Ross, Esq.

420 Lexington Avenue, 18th Floor
New York, New York 10170
Tel.: (212) 687-6262

Dated: New York, New York
October 15, 2018

**DAVIDOFF, HUTCHER & CITRON LLP**

By: _____
Mark E. Spund, Esq.

605 Third Avenue
New York, NY 10158
Tel.: (212) 557-7200

**IT IS SO ORDERED:**

_____
THE HON. P. KEVIN CASTEL, U.S.D.J.

10-19-18

The Clerk is directed to terminate all motions and close the case.